**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-7142**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JEFFERY JERMAINE DUNLAP, a/k/a JD,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Florence. R. Bryan Harwell, Chief District Judge. (4:09-cr-00854-RBH-1)

Submitted: January 3, 2020

Decided: January 22, 2020

Before WILKINSON, KEENAN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jeffery Jermaine Dunlap, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeffery Jermaine Dunlap appeals the district court's order and amended judgment granting in part and denying in part his motion for a reduced sentence under Section 404 of the First Step Act of 2018, Pub. L. No. 115-391, 132 Stat. 5194. We have reviewed the record and find no reversible error. Accordingly, we deny the pending motion and affirm for the reasons stated by the district court. *See United States v. Dunlap*, No. 4:09-cr-00854-RBH-1 (D.S.C. June 17, 2019; June 16, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*